# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SANDY REMIGIO,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE DEBT MANAGEMENT<br>SOLUTIONS, LLC; and<br>DOE 1-5, inclusive,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 4:15-cv-00881<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff Sandy Remigio and defendant Nationwide Debt Management Solutions, LLC have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by July 22, 2015, at which time Plaintiff expects to file a voluntary dismissal of the entire action.

Date: June 15, 2015
    s/ Robert Amador
ROBERT AMADOR, ESQ.
Attorney for Plaintiff Sandy Remigio
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com

## CERTIFICATE OF SERVICE

I certify that on this date, June 15, 2015, I mailed a copy of the foregoing NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

Nationwide Debt Management Solutions, LLC
9343 Tech Center Drive #160
Sacramento, CA 95826

<u>s/ Robert Amador</u>
ROBERT AMADOR, ESQ.
Attorney for Plaintiff Sandy Remigio
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com
